IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 11-cr-00169-CMA-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

CODY R. EASLEY

        Defendant.

## ORDER TO SURRENDER IN LIEU OF TRANSPORTATION BY THE UNITED STATES MARSHAL

        IT IS ORDERED that Defendant, CODY R. EASLEY, having been sentenced in the above-named case to the custody of the Bureau of Prisons, is to surrender himself by reporting to the Warden, FCI Englewood, SCP, 9595 West Quincy Avenue, Littleton, Colorado, on August 28, 2012, by 12:00 noon, and will travel at his own expense.

        DATED at Denver, Colorado, this __16__ day of August 2012.

        BY THE COURT:

        CHRISTINE M. ARGUELLO
        United States District Judge